**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*402 East State Street, Room 420*
*Trenton, New Jersey 08608*
*609-656-2558*

October 20,2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Attention: Andrea Lewis-Walker, Deputy Clerk

Re: *United States v. Francesco Favuzzi*

Dear Ms. Lewis-Walker:

Enclosed for assignment is an Information charging defendant Francesco Favuzzi with sending threatening communications in the United States Mail, in violation of 18 U.S.C. § 876(c). The Information and cover sheet are enclosed. Thank you.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By: R. Joseph Gribko
Assistant U.S. Attorney

cc: Vincent J. LaPaglia, Esq.